1  CENTER FOR DISABILITY ACCESS
   Chris Carson, Esq., SBN 280048
2  Ray Ballister, Jr., Esq., SBN 111282
   Phyl Grace, Esq., SBN 171771
3  Dennis Price, Esq., SBN 279082
   Mail: PO Box 262490
4  San Diego, CA 92196-2490
   Delivery: 9845 Erma Road, Suite 300
5  San Diego, CA 92131
   (858) 375-7385; (888) 422-5191 fax
6  phylg@potterhandy.com
   Attorneys for Plaintiff
7
   RYAN M. MCNAMARA (SBN: 223606)
8  rmcnamara@calljensen.com
   CALL & JENSEN
9  A Professional Corporation
   610 Newport Center Drive, Suite 700
10 Newport Beach, CA 92660
   Telephone: (949) 717-3000
11 Facsimile: (949) 717-3100
   Attorney for Defendant
12 Senior Classic Leasing, LLC

13              UNITED STATES DISTRICT COURT
14              CENTRAL DISTRICT OF CALIFORNIA

15  NEHEMIAH KONG,                    ) Case No.: 2:18-CV-03202-SVW-MRW
                                      )
16         Plaintiff,                 ) **JOINT NOTICE OF SETTLEMENT**
                                      )
17  v.                                )
                                      )
18  PAULINE M. FERRIS, in individual and )
    representative capacity as trustee of the )
19  Ferris Family Trust;              )
    SULLEY PROPERTIES, L.P., a        )
20  California Limited Liability Company; )
    JOANNE T. CROSSLEY;               )
21  SENIOR CLASSIC LEASING, LLC, a    )
    California Limited Liability Company; and )
22  Does 1-10,                        )
                                      )
23         Defendants.                )

1  The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: July 26, 2018  CENTER FOR DISABILITY ACCESS

By: ___/s/ Phyl Grace_____
     Phyl Grace
     Attorneys for Plaintiff

Dated: July 26, 2018  CALL & JENSEN

By: ___/s/ Ryan M. McNamara___
     Ryan M. McNamara
     Attorney for Defendant
     Senior Classic Leasing, LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Ryan M. McNamara, counsel for Senior Classic Leasing, LLC, and that I have obtained Mr. McNamara's authorization to affix his electronic signature to this document.

Dated: July 26, 2018                                    CENTER FOR DISABILITY ACCESS

                                                                    By:   /s/ Phyl Grace
                                                                           Phyl Grace
                                                                           Attorney for Plaintiff