FILED
CLERK, U.S. DISTRICT COURT

AUG - 2 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nehemiah Kong,<br><br>    Plaintiff,<br><br>vs.<br><br>Pauline M. Ferris, in individual and representative capacity as trustee of the Ferris Family Trust; Sulley Properties, L.P., a California Limited Liability Company; Joanne T. Crossley; Senior Classic Leasing, LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case No. 2:18-cv-03202 SVW (MRWx)<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO SET ASIDE DEFAULTS OF DEFENDANTS SULLEY PROPERTIES, L.P. AND JOANNE T. CROSSLEY<br><br>Complaint Filed: April 17, 2018<br>Trial Date: None Set |

On stipulation of the parties and for good cause, the defaults of Defendants Sulley Properties, L.P. and Joanne T. Crossley are set aside. Plaintiff Nehemiah Kong and Defendant Senior Classic Leasing, LLC have represented that this matter has been settled and that they anticipate global dismissal of the action with prejudice in the near future. Accordingly, Defendants Sulley Properties, L.P. and Joanne T. Crossley's response to the complaint OR dispositional documents shall be filed with the Court within thirty (30) days of July 10, 2018.

Dated: 8/2/18

Hon. Stephen V. Wilson
Judge of the United States District Court

SCL01-12:Stip to Set Aside Defaults of Sulley and J. Crossley - Proposed Order:7-27-18

- 2 -

[PROPOSED] ORDER GRANTING STIPULATION TO SET ASIDE DEFAULTS OF DEFENDANTS SULLEY PROPERTIES, L.P. AND JOANNE T. CROSSLEY