CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

RYAN M. MCNAMARA (SBN: 223606)
rmcnamara@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Telephone: (949) 717-3000
Facsimile: (949) 717-3100
Attorney for Defendants
Senior Classic Leasing, LLC,
Sulley Properties, L.P., and
Joanne T. Crossley

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>   Plaintiff,<br><br>v.<br><br>PAULINE M. FERRIS, in individual and representative capacity as trustee of the Ferris Family Trust; SULLEY PROPERTIES, L.P., a California Limited Liability Company; JOANNE T. CROSSLEY; SENIOR CLASSIC LEASING, LLC, a California Limited Liability Company; and Does 1-10,<br><br>   Defendants. | Case: 2:18-CV-03202-SVW-MRW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

Joint Stipulation for Dismissal        Case: 2:18-CV-03202-SVW-MRW

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed in its entirety and with prejudice as to all parties; each party to bear his/her/its own respective attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 20, 2018         CENTER FOR DISABILITY ACCESS

                               By: __/s/ Phyl Grace_____
                                   Phyl Grace
                                   Attorneys for Plaintiff

Dated: August 20, 2018         CALL & JENSEN

                               By: __/s/ Ryan M. McNamara__
                                   Ryan M. McNamara
                                   Attorney for Defendants
                                   Senior Classic Leasing, LLC,
                                   Sulley Properties, L.P., and
                                   Joanne T. Crossley

# **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Ryan M. McNamara, counsel for Defendants Senior Classic Leasing, LLC, Sulley Properties, L.P., and Joanne T. Crossley, and that I have obtained Mr. McNamara's authorization to affix his electronic signature to this document.

Dated: August 20, 2018  CENTER FOR DISABILITY ACCESS

By: ___/s/ Phyl Grace_____
    Phyl Grace
    Attorneys for Plaintiff